| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Timothy H. Gens** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number | 17-27144 |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   
   ☒ Yes. Where is the property?

1.1
**4141 Old Trace Road**
Street address, if available, or other description

**Palo Alto**    **CA**    **94306-0000**
City / State / ZIP Code

**Santa Clara**
County

**What is the property?** Check all that apply
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $5,200,000.00

**Current value of the portion you own?** $5,200,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint tenant

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Official Form 106A/B     Schedule A/B: Property     page 1
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 17-27144-beh    Doc 8    Filed 07/24/17    Page 1 of 12

| Debtor 1 | Timothy H. Gens | | Case number (if known) | 17-27144 |
|---|---|---|---|---|

**If you own or have more than one, list here:**

1.2

| | | | |
|---|---|---|---|
| **N2403 Cisco Rd.** | | | |
| Street address, if available, or other description | | | |
| | | | |
| **Lake Geneva** | **WI** | **53147-0000** | |
| City | State | ZIP Code | |
| | | | |
| **Walworth** | | | |
| County | | | |

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $315,000.00 | $315,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**   $5,515,000.00

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

3.1
| | |
|---|---|
| Make: | **Mercedes Benz** |
| Model: | **E320** |
| Year: | **1995** |
| Approximate mileage: | |
| Other information: | |
| **See attached** | |

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

3.2
| | |
|---|---|
| Make: | **Pontiac** |
| Model: | **Bonneville** |
| Year: | **1995** |
| Approximate mileage: | |
| Other information: | |
| **See attached** | |

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

| | | |
|---|---|---|
| Debtor 1 **Timothy H. Gens** | Case number *(if known)* **17-27144** | |

### 3.3
- Make: **Flatbed Carrier**
- Model:
- Year:
- Approximate mileage:
- Other information: **Five ton dual Axle 22' Flatbed Equipment Carrier (see attached)**

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

### 3.4
- Make: **GMC**
- Model: **Yukon XL**
- Year: **2000**
- Approximate mileage:
- Other information: **See attached**

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

### 3.5
- Make: **Toyota**
- Model: **Camry**
- Year: **1995**
- Approximate mileage:
- Other information: **See attached**

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

### 3.6
- Make: **Mazda**
- Model: **MPV**
- Year: **1996**
- Approximate mileage:
- Other information: **See attached**

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☒ Yes

### 4.1
- Make: **Supra**
- Model: **Launch**
- Year: **2000**
- Other information:

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$7,000.00**
Current value of the portion you own? **$7,000.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>  **$17,000.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**   Current value of the

Debtor 1  **Timothy H. Gens**  Case number *(if known)*  **17-27144**

**portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes. Describe.....

   | | |
   |---|---:|
   | **Household furnishings (See attached)** | $1,000,000.00 |

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes. Describe.....

   | | |
   |---|---:|
   | **Electronic** <br> **(See attached) Value included in #4 above** | $0.00 |

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes. Describe.....

   | | |
   |---|---:|
   | **Sports and hobby equipment** <br> **(See attached)** | $2,500.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | **Firearms (See attached)** | $2,500.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | **Clothing (see attached)** | $10,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | **Misc. jewelry** | $1,000.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No

☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  $1,016,000.00

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes....................................................................................................

    **Cash**                                                                                                 **$1,900.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☒ No
    ☐ Yes........................       Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes..................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes. Give specific information about them...................

    | Name of entity:      | % of ownership: |                   |
    |----------------------|-----------------|-------------------|
    | Stock in businesses  | 50 %            | $1,000,000.00     |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
             Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☒ No
    ☐ Yes. List each account separately.
             Type of account:       Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................      Institution name or individual:

Debtor 1    Timothy H. Gens                                    Case number *(if known)*   17-27144

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
              Company name:              Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

|   | Fraud claim against Wells Fargo re<br>4141 Old Trace Road<br>Palo Alto, CA | $3,000,000.00 |
|---|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................................................................ **$4,001,900.00**

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes. Describe.....

    | See attached (Value included in #4 above) | $0.00 |
    |---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes. Describe.....

    | See attached (Value included in #4 above) | $0.00 |
    |---|---|

41. **Inventory**
    ☐ No
    ■ Yes. Describe.....

    | (See attached) Value included in #4 above | $0.00 |
    |---|---|

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes. Give specific information about them...................
            Name of entity:                               % of ownership:

| Debtor 1 | Timothy H. Gens | Case number (if known) | 17-27144 |
|---|---|---|---|

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   
   ■ No
   ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.....................................................................................................** $0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................** $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ....................................................................................................... $5,515,000.00
56. **Part 2: Total vehicles, line 5**                                    $17,000.00
57. **Part 3: Total personal and household items, line 15**             $1,016,000.00
58. **Part 4: Total financial assets, line 36**                         $4,001,900.00
59. **Part 5: Total business-related property, line 45**                      $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**             $0.00
61. **Part 7: Total other property not listed, line 54**           +          $0.00

62. **Total personal property.** Add lines 56 through 61...    $5,034,900.00    Copy personal property total    $5,034,900.00

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                                           $10,549,900.00

ATTACHMENT TO SCHEDULE B

4. 28. 29. And 30.  The following items are at 4141 Old Trace Road Palo Alto, CA 94306. Kitchen table and four chairs.  Dining room table and six chairs.  Dining Room Buffet.  2 televisions. VCR. DVR. DVD Player. Two lounge chairs.  Area Rugs. One lamp. Stacked end table.  Drawing table.  Microwave. Oven. Stove .  2 refrigerators. Dishwasher. Dryer, Washing Machine. IKEA 6 shelve Unit. Metal Outdoor Table and four Chairs. Wood Outdoor Table, Two Benches, and Two Chairs. One King Bed. Two Bunk Beds. Two Queen Beds. Sofa. Queen Ann Dresser. Five High Boy Dressers. Rocking Chair. Dishes. Silverware. Food Storage Containers.  Wood Ice Chest. Six 8' X 5' Mirrors. Weber Grill. Lawn Mower.  Chain Saw. Six Bicycles. Four Book Cases. Two Storage Units. Clothing.  Seven Office Chairs. Four office desks.  Five filing cabinets. Four work benches. Two Tool Storage Cabinets.  Six Filing Shelf Units.  Ten Solar Panels. Four Desktop Computers and Monitors. One Blueprint Printer. Three Document Printers. One Photo Printer. Fax Machine. Three Air Conditioning Splits.  One 19,000 BTU Air Conditioner. 10' X 20' Clean Room.  400 gallon Plastic Chemical Storage Tank.  Six @125 gallon Chemical Storage Tanks. Two @ 125 gallon metal Chemical Storage Tank. Drill Press. Metal Forming Press. Three Arc Wielders. Punch Press. 23 Sodium Fixtures. Three Dehumidifiers. Four Workstations. Five Semiconductor Wafer Dryer Units under construction. Three Cavitation Probes under construction.  One Micro Electro Mechanical System Dryer under construction.  Eight Metal Radiators.  Three Metal Halide Fixtures.  Five Omron Units. Synthesizer Keyboard.   Six Pressurized Gas Canisters.  Three Flowmeters. Six Heater Assemblies.  Two Pressure Transmitters. 26 Chemical Filters with 300' Plumbing Lines. IPA Cabinet Assembly.  Venturi Aerosol Assembly. Three Nebulizers.  400' Ventilation Ductwork. Six Duct Fans.  135 Wire Spools. 1000' Semiconductor Grade Tubes.  The following items are at 2403 Cisco Road Lake Geneva WI: Washing Machine, Dryer, Dishwasher. Stove. Refrigerator. Kitchen Table and Four Chairs. Three Sofas. Four Beds. Two desks. Fax Machine. Document Printer. Two Computers. Two Televisions. VCR. DVD. Area Rugs. Six Filing Cabinets. Work Tables.

6.  Wearing apparel at 4141 Old Trace Road Palo Alto, CA and 2403 Cisco Road, Lake Geneva WI.

8.  Firearms and sports, photographic and other hobby equipment at 4141 Old Trace Road Palo Alto, CA and 2403 Cisco Road, Lake Geneva WI.

25.  1995 Mercedes Benz E320.  1995 Pontiac Bonneville. Five Ton Dual Axle 22' Flatbed Equipment Carrier. Partial interest in 2000 GMC Yukon XL and 1995 Toyota Camry and 1996 Mazda MPV; said interest acquired after November 2015.

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Timothy H. Gens** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | |
| Case number (if known) | 17-27144 | ☐ Check if this is an amended filing |

# Official Form 106C
# Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **N2403 Cisco Rd. Lake Geneva, WI 53147  Walworth County**<br>Line from *Schedule A/B*: **1.2** | $315,000.00 | ■ $55,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wis. Stat. § 815.20 |
| **1995 Mercedes Benz E320**<br>**See attached**<br>Line from *Schedule A/B*: **3.1** | $10,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wis. Stat. § 815.18(3)(g) |
| **Household furnishings (See attached)**<br>Line from *Schedule A/B*: **6.1** | $1,000,000.00 | ■ $12,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wis. Stat. § 815.18(3)(d) |
| **Firearms (See attached)**<br>Line from *Schedule A/B*: **10.1** | $2,500.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wis. Stat. § 815.18(3)(d) |
| **Clothing (see attached)**<br>Line from *Schedule A/B*: **11.1** | $10,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wis. Stat. § 815.18(3)(d) |

| Debtor 1 | Timothy H. Gens | | Case number (if known) | 17-27144 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc. jewelry**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(d)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **H.** | **Gens** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | | |
| Case number (if known) | 17-27144 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Timothy H. Gens**    X _____
**Timothy H. Gens**              Signature of Debtor 2
Signature of Debtor 1

Date **July 24, 2017**    Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy