THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 4, 2017



Beth E. Hanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| In re: | Case No. 17-27144 |
|---|---|
| TIMOTHY H. GENS, | Chapter 13 |
| Debtor. | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Doris Kaelin, solely in her capacity as the duly appointed and acting Chapter 7 Trustee of bankruptcy estate of Laura A. Gens, pending in the U.S. Bankruptcy Court, Northern District of California, Case No. 15-53562 ("Movant"), herein. Notice of the Motion was given to all required parties pursuant to the Federal Rules of Bankruptcy Procedure. Debtor filed a limited objection to the Motion, and a hearing having been held on August 1 and 3, 2017, and this Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED:

1. Debtor may make arrangements with Movant or her agents to remove any and all personal property from the real property located at 4141 Old Trace Road, Palo Alto, California, so long as Debtor removes the personal property at a time prior to 12:00 p.m. PDT on August 4, 2017, said arrangements to be made at a fixed time and date that is acceptable to the Movant and her agents.

2. Any personal property remaining at the real property located at 4141 Old Trace Road, Palo Alto, California after 12:00 p.m. PDT on August 4, 2017 shall be deemed abandoned by the Debtor for all purposes, and the deemed abandoned property may be disposed of by Movant as she believes to be appropriate, in her sole and absolute discretion, without further order from this court.

3. In all other respects, the Motion is granted.

4. The automatic stay is terminated in all respects as to the Debtor's interest in real property commonly referred to as 4141 Old Trace Road, Palo Alto, California and any personal property remaining in the real property as of 5:00 p.m. PDT on July 19, 2017, effective *nunc pro tunc* to the date of Debtor's filing of this case, July 20, 2017.

5. The 14-day stay of order found in Bankruptcy Rule 4001(a)(3) shall not be implemented in this case.

#####