UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

TIMOTHY H. GENS,

Case No. 17-27144

Debtor.

**AFFIDAVIT OF NO OBJECTION TO MOTION OF KREKELER STROTHER, S.C. FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR THE DEBTOR**

STATE OF WISCONSIN   )
                     ) ss.
COUNTY OF DANE       )

Eliza M. Reyes, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney at Krekeler Strother, S.C. ("Krekeler Strother"), attorneys of record for Timothy H. Gens, the debtor n the above-captioned Chapter 13 Case (the "Debtor").

2. I am submitting and filing this Affidavit in support of Krekeler Strother's Motion for Withdrawal as Attorneys of Record for the Debtor, filed on August 18, 2017 as Docket Entry Number 38 (the "Motion for Withdrawal").

3. Notice of the Motion for Withdrawal were served upon all parties and creditors in this matter, as shown by the Affidavit of Mailing on file with this Court. *See* Docket Entry Number 38, pp. 9-11.

4. No party in interest filed a written objection or request for hearing to the Motion for Withdrawal with the Court and served upon Krekeler Strother as required by the Notice of the Motion for Withdrawal.

Dated this 5th day of September, 2017.

By: _____
Eliza M. Reyes

Subscribed and sworn to before me
This 5th day of September, 2017.

_____
Notary Public, State of Wisconsin
My Commission: 8/16/2021