THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: September 6, 2017

Beth E. Hanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:

      TIMOTHY H. GENS,                   Case No. 17-27144

            Debtor.

## ORDER GRANTING MOTION OF KREKELER STROTHER, S.C.
## FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR THE DEBTOR

      Upon the Motion of Krekeler Strother, S.C. for Withdrawal as Attorneys of Record for the Debtor (the "Motion to Withdraw"), and notice of the Motion to Withdraw having been duly and timely served upon all parties in interest; and no objection or request for hearing on the Motion to Withdraw having been made by any party in interest; and based upon the proceedings herein;

**IT IS HEREBY ORDERED** that;

1. The Motion to Withdraw is granted; and

2. Krekeler Strother, S.C. shall be, and hereby is allowed to withdraw as attorneys of record for the Debtor in the above-captioned Chapter 13 Case, with such withdrawal effective as of the date of the entry of this Order.

#####