THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 18, 2017



Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:                                                    Case No. 17-27144
    TIMOTHY H. GENS,                           Chapter 13
                  Debtor.

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Doris Kaelin, solely in her capacity as the duly appointed and acting Chapter 7 Trustee of bankruptcy estate of Laura A. Gens, pending in the U.S. Bankruptcy Court, Northern District of California, Case No. 15-53562 ("Movant"), herein. Notice of the Motion was given to all required parties pursuant to the Federal Rules of Bankruptcy Procedure. There having been no objections to the Motion, the period for objections having passed, and this Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Motion is granted and the automatic stay is terminated to allow Movant to take any and all necessary actions including, but not limited to, filing all necessary motions and pleadings with regard to an appeal commenced by Debtor Timothy Gens, entitled Timothy Gens v. Doris Kaelin, Case Number 5:17-cv-03616-BLF, pending before the United States District Court, Northern District of California, San Jose Division.

2. The 14-day stay of order found in Bankruptcy Rule 4001 is waived.

#####